DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHARQUETTA TAMEKA TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1901
_____

September 26, 2025

Appeal from the Circuit Court for Pinellas County; Pat Edward Siracusa,
Jr., Judge.

Blair Allen, Public Defender, Bartow, and Keith Peterson, Special
Assistant Public Defender, Law Offices of Peterson, P.A., Mulberry, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.


KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.
_____

Opinion subject to revision prior to official publication.